United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BERMUDEZ,<br>Plaintiff,<br>v.<br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br>Defendant. | Case No. 25-cv-00033-JSC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR ATTORNEYS FEES MOTION** |

Upon review of the joint case management conference statement (Dkt. N. 40), the August 12, 2026 further case management conference is VACATED. On or before **September 10, 2026**, the parties shall file a stipulation of dismissal or Plaintiff must file his motion for attorneys fees. This deadline will not be extended.

**IT IS SO ORDERED.**

Dated: August 6, 2026

JACQUELINE SCOTT CORLEY
United States District Judge